UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| THE HUB TEXAS, LLC, a/k/a THE HUB DELAWARE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ARCH SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | No. 5:21-CV-180-H |

### ORDER OF DISMISSAL

Before the Court is the parties' Joint Motion to Dismiss with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Dkt. No. 99. The joint motion is granted. It is ordered that the plaintiff's claims against the defendant are dismissed with prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on May 11, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE